# EXHIBIT

# 1

**2781215**
08/01/2019



# WIRELESS
## SUBSCRIBER INFORMATION

▮▮▮▮3046

### Financial Liable Party

| | |
|---|---|
| **Name:** | BETH DEGROOT |
| **Credit Address:** | ▮▮▮▮▮▮▮▮▮▮   PLANO, TX 75075 |

| | | | |
|---|---|---|---|
| **Customer Since:** | 04/04/2005 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---|---|---|---|
| **Contact Name:** | | | |
| **Contact Home Phone:** | (111) 111-0001 | **Contact Work Phone:** | (111) 111-0001 |
| **Contact Home Email:** | BDEGROOT@YAHOO.COM | **Contact Work Email:** | |

### Billing Party

| | | | |
|---|---|---|---|
| **Account Number:** | ▮▮▮▮3046 | | |
| **Name:** | BETH DEGROOT | | |
| **Billing Address:** | ▮▮▮▮▮▮▮▮▮▮   PLANO, TX 75075 | | |
| **Account Status:** | Active | **Billing Cycle:** | 1 |

### User Information

| | | | |
|---|---|---|---|
| **MSISDN:** | ▮▮▮▮▮▮-3161 | **IMSI:** | 310410173845022 |
| **MSISDN Active:** | 05/07/2019 - Current | | |
| **Name:** | DALLAS TEXAS | | |
| **User Address:** | ▮▮▮▮▮▮▮▮▮▮   PLANO, TX 75075 | | |
| **Service Start Date:** | 05/07/2019 | **Dealer Info:** | NKJQV NKJQV NKJQV |
| **Payment Type:** | Postpaid | | |
| **Contact Name:** | DALLAS TEXAS | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | BDEGROOT@YAHOO.COM | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| Customer Request | 05/07/2019 |

**AT&T PROPRIETARY**

**The information contained here is for use by authorized person only and is not for general distribution.**