# EXHIBIT

# 2

```
############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION
Name: Buddy Barnes
e-Mail: masterplan150@gmail.com
Status: Enabled
Services: Gmail, Google Calendar, Google Hangouts, Google Payments, Is In Family,
Location History, Minutemaid, Web & App Activity, YouTube
Created on: 2019/05/09-23:48:04-UTC
Terms of Service IP: 2605:6000:8ccb:1600:f57c:4ab:3367:9833, on
2019/05/09-23:48:04-UTC
Language Code: en
SMS:            3161 [US]
Google Account ID:       2246

+--------------------------+------------------------------------------+--------+
| Time                     | IP Address                               | Type   |
+--------------------------+------------------------------------------+--------+
| 2019/07/09-20:41:07-UTC  | 2605:6000:8ccd:b800:4ec:a4a7:1d02:85a2   | Login  |
| 2019/07/02-06:08:56-UTC  | 24.27.86.116                             | Login  |
| 2019/07/02-05:34:27-UTC  | 24.27.86.116                             | Login  |
| 2019/06/28-00:26:20-UTC  | 2605:6000:8ccd:b800:3423:42b3:e89d:f314  | Logout |
| 2019/05/21-23:01:00-UTC  | 2605:6000:8ccb:1600:445a:6442:15f0:65af  | Login  |
| 2019/05/21-22:50:51-UTC  | 2605:6000:8ccb:1600:445a:6442:15f0:65af  | Login  |
| 2019/05/21-21:22:10-UTC  | 2600:387:1:817::c1                       | Login  |
| 2019/05/21-20:53:24-UTC  | 2600:387:1:817::c1                       | Logout |
| 2019/05/21-18:08:31-UTC  | 2605:6000:8ccb:1600:fc9b:e0ec:3aea:47d2  | Login  |
| 2019/05/21-17:58:33-UTC  | 2605:6000:8ccb:1600:fc9b:e0ec:3aea:47d2  | Logout |
| 2019/05/14-19:21:23-UTC  | 2600:387:1:803::1e                       | Login  |
| 2019/05/14-19:21:23-UTC  | 2600:387:1:803::1e                       | Login  |
| 2019/05/12-20:24:18-UTC  | 24.27.70.4                               | Login  |
| 2019/05/11-16:19:41-UTC  | 2605:6000:8ccb:1600:c492:b32e:74d:4f67   | Login  |
| 2019/05/10-16:47:05-UTC  | 2605:6000:8ccb:1600:c142:73ea:8823:9594  | Login  |
| 2019/05/10-16:47:04-UTC  | 2605:6000:8ccb:1600:c142:73ea:8823:9594  | Login  |
| 2019/05/10-14:56:33-UTC  | 2605:6000:8ccb:1600:c142:73ea:8823:9594  | Login  |
| 2019/05/10-14:22:29-UTC  | 2605:6000:8ccb:1600:1457:8a96:d695:a22f  | Login  |
| 2019/05/09-23:48:05-UTC  | 2605:6000:8ccb:1600:f57c:4ab:3367:9833   | Login  |
| 2019/05/09-23:48:05-UTC  | 2605:6000:8ccb:1600:f57c:4ab:3367:9833   | Login  |
+--------------------------+------------------------------------------+--------+

############## * Google Confidential and Proprietary * ###############
```