# EXHIBIT

# 4

| | |
|---|---|
| From: | Toni Bates |
| To: | Beth DeGroot |
| Cc: | Toni Bates |
| Subject: | RE: Earthwater - 6/1 medical renewal |
| Date: | Wednesday, May 22, 2019 2:07:23 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Ok, I will just remove the earthwater email and leave it blank.

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email*

*and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*

**From:** Beth DeGroot <tristargroupllc@yahoo.com>
**Sent:** Wednesday, May 22, 2019 1:05 PM
**To:** Toni Bates <tbates@resourcingedge.com>
**Subject:** Re: Earthwater - 6/1 medical renewal

That email address is for personal email only.

Thank You,

Beth DeGroot


On Wednesday, May 22, 2019, 12:38:02 PM CDT, Toni Bates <tbates@resourcingedge.com> wrote:


masterplan150@gmail.com?

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email*

*and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*

---

**From:** Beth DeGroot <tristargroupllc@yahoo.com>
**Sent:** Wednesday, May 22, 2019 12:36 PM
**To:** Toni Bates <tbates@resourcingedge.com>
**Subject:** Re: Earthwater - 6/1 medical renewal


His personal is what he uses now.  I am forwarding all emails to him.  They are watchng all his email.


Thank You,


Beth DeGroot


On Wednesday, May 22, 2019, 12:27:54 PM CDT, Toni Bates <tbates@resourcingedge.com> wrote:

Does buddy have a new email as well?

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*

---

**From:** Beth DeGroot <tristargroupllc@yahoo.com>
**Sent:** Wednesday, May 22, 2019 12:21 PM
**To:** Toni Bates <tbates@resourcingedge.com>
**Subject:** Re: Earthwater - 6/1 medical renewal

You're Welcome,

Please don't send mail to earthwater accounts.

Can you please remove those emails from your database for now?  They have all been compromised.

Thank You,

Beth DeGroot
President


On Wednesday, May 22, 2019, 12:14:43 PM CDT, Toni Bates <tbates@resourcingedge.com> wrote:


Thank you!


**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email*

*and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*

---

**From:** Beth DeGroot <tristargroupllc@yahoo.com>
**Sent:** Wednesday, May 22, 2019 12:00 PM
**To:** Toni Bates <tbates@resourcingedge.com>
**Subject:** Re: Earthwater - 6/1 medical renewal

 **Far North Computers finds this email suspicious! We know Beth DeGroot by name, but the email was sent from an unfamiliar address** tristargroupllc@yahoo.com

Thank You,

Beth DeGroot
President

On Wednesday, May 22, 2019, 7:44:23 AM CDT, Toni Bates <tbates@resourcingedge.com> wrote:

Good Morning Beth,

We really need these forms signed, so BCBS can update your renewal.

If you have any questions, please let us know.

Thank you!

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*

---

**From:** Toni Bates <tbates@resourcingedge.com>
**Sent:** Tuesday, May 21, 2019 8:52 AM
**To:** Beth DeGroot <Beth@earthwater.com>
**Cc:** Toni Bates <tbates@resourcingedge.com>
**Subject:** FW: Earthwater - 6/1 medical renewal
**Importance:** High

Beth,

Attached is the medical renewal enrollment form for Earthwater.  Since there are only two employees eligible for benefits (Beth and Harley) and the company pays 100% of their medical, the election form shows $0.00 cost for the employee.  I need the completed forms back from Beth and Harley as soon as possible.  If I do not receive them they will remain in their current plans.

Also, I need the attached form signed before BCBS will update any renewal information on their account.

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Toni Bates** | *Client Account Manager*
**O:** 469-214-4729
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your*

*organization's client services or administrative services agreements and any amendments or attachments thereto.*

---

**From:** Shellie Rich <SRich@resourcingedge.com>
**Sent:** Tuesday, May 21, 2019 8:45 AM
**To:** Toni Bates <tbates@resourcingedge.com>
**Subject:** Earthwater - 6/1 medical renewal

Good morning Toni,

Attached is the medical renewal enrollment form for Earthwater.  Since there are only two employees eligible for benefits (Beth and Harley) and the company pays 100% of their medical, the election form shows $0.00 cost for the employee.  I need the completed forms back from Beth and Harley as soon as possible.  If I do not receive them they will remain in their current plans.

Also, I need the attached form signed before BCBS will update any renewal information on their account.

Thanks!

**Resourcing Edge will be closed on Monday, May 27th in observance of Memorial Day.**



**Shellie Rich** | *Benefits Specialist*
**O:** **1-877-703-8010**
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** **resourcingedge.com**

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email*

*and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*