# EXHIBIT

# 5

| | |
|---|---|
| From: | Beth DeGroot |
| To: | thejjensens@aol.com |
| Cc: | Buddy ICE Barnes; Jim Shields; Tony Altavilla |
| Subject: | Follow Up |
| Date: | Tuesday, May 28, 2019 11:39:33 AM |

Jim,

Pursuant to our earlier discussions, EarthWater email has been compromised.  Please do not use earthwater email addresses.

Additionally, refrain from including Buddy in emails regarding selling, advising or promoting securities.

I will coordinate with Jim Shields.

Regards,

Beth DeGroot


Jim, I am addressing this email to you and copying Tony Altavilla, Beth DeGroot and Buddy Barnes. I would have also copied Don Fry (sp?) but don't have his email address. Please forward a copy of this email to him.

I have a consulting agreement with Earthwater (EW) in which I serve as the Executive Strategic Advisor to the company. In this capacity I help generate sales for the company and also make strategic introductions to assist the company in raising capital.

I introduced Tony Altavilla to CJ and I believe Buddy has also spoken with Tony as well. I have over a 30 year friendship and business relationship with Tony who resides in Indiana. Most recently Tony
introduced CJ to the Maxim Group, a New York based investment banking company. Within the past few weeks CJ met with Maxim at
their NY offices. Following two days of meetings, Maxim entered into
an agreement with EW to initiate an IPO. When CJ was subsequently
arrested, Maxim immediately canceled their agreement with EW. Tony
could opine whether he believes Maxim could still possibly do business with EW.

Separately, Tony has a relationship with Florida based Andrew Weeraratne. CJ, and I believe Buddy, have had conversations with Andrew. Following CJ's recent resignation as CEO of EW and the
company's immediate need to raise working capital, Andrew had
prepared the email below outlining his strategy to effect an IPO for
Earthwater within a matter of weeks.
At this point I will turn this discussion over to Tony who can elaborate
on possibilities with Andrew, Maxim, and possibly others. Tony is
very effective in this area and is a resource that EW should immediately
be in contact with, in my opinion. Tony's email address is shown above
and his phone numbers are:
iphone: 317-590-3780
work: 317-569-1617

Tony, please elaborate on this email. As you know, Jim Shields is the
company's corporate counsel. Beth is now the acting president and Buddy
is the CFO. Jim's email address is also shown above and his phone number is 972-788-2040.

I can vouch for Tony's effectiveness and urge the company to engage with Tony in addition to
others the company may be in discussions with.

Most sincerely,
Jim

P.S. Although it is only 4am in Seattle, I am available if needed.


C. James (Jim) Jensen
206-200-1219
email:  thejjensens@aol.com
www.unlock7keys.com



-----Original Message-----
From: Tony Altavilla <tony@redstonecommunications.com>

To: thejjensens@aol.com <thejjensens@aol.com>
Sent: Sat, May 25, 2019 2:14 pm
Subject: Fwd: Follow up

From Andrew for EW/Pro Black

Sent from my iPhone
Anthony D. Altavilla
317-590-3780


Begin forwarded message:

> **From:** Andrew Weeraratne <andwe@bellsouth.net>
> **Date:** May 25, 2019 at 4:35:31 PM EDT
> **To:** Tony Altavilla <tony@redstonecommunications.com>
> **Subject: Follow up**
> **Reply-To:** Andrew Weeraratne <andwe@bellsouth.net>

Tony, Acqusalut Inc. has filed a Reg A offering with the SEC on May 6th and waiting for the response. They normally respond within 30 days. When they respond they may come up with a few questions and then I have to answer them and then on they respond in 10 days. So we may get it all approved by end of June. Once it is approved we can begin to raise $10 million from the public.

So at that time we have two choices. First we buy EW products at wholesale prices and sell on the Kiosk shops that Acqusalut will create at retail prices. Or we can acquire EW by giving all EW shareholders shares of Acqusalut and also to change the name of Acqusalut to EW. These shares we will give will be trading shares so we can apply for a stock symbol and get on the OTC QB so EW shareholders can begin to sell shares and you can help create a market just like you created for AREC stock. Then after we raise funds we can get on the NASDAQ. Or even bring in an investment bankers and do another offering to raise more funds.

Currently I have 11 million Class B shares with 10 votes for each share at Acqusalut and that gives me 110 million votes giving me absolute control. As long as I maintain that, I can raise money. We can give all the shareholders of EW, Class A shares which has one vote for each share. Or I am willing to turn my Class B shares to Class A (as I did when merging with AREC) and give someone else the chance to run the company, but in that case I cannot raise funds but the new majority owner has to do that. Either way is fine with me.

Best regards
Andrew

Andrew Weeraratne CPA
Chief Executive Officer
Mfusion Corp.
mfusioncorp.com
305-865-8193

Beth DeGroot

> "Go confidently in the direction of your dreams.
> Live the life you have imagined."

-Henry David Thoreau