# EXHIBIT

# 6

  

Buddy >

**Siri found new contact info**
Jonathan +1 ███-███-3161 add...

Jonathan this is Buddy and this is my new phone number: (███) ███-3161. Thanks.

Thanks Jonathan. You would be a lifesaver if you could front me a credit card for the retainer tomorrow.

Beth DeGroot
mobile #: ███-███-9118

Text or call. She is our VP, shareholder very trusted by me, CJ, Larry Friedman, etc and can guide you through helping me out personally. I'll give her your number as well. Thanks again

Thu, May 9, 9:47 AM

My personal accounts are subject to forfeiture.

    

KOSTER_0000041

 Verizon LTE    1:11 PM    71%

 43


Buddy >

**Siri found new contact info**
Jonathan +1 ████ -3161 add...

Please wire to

Beth DeGroot Routing #111000614
Account #████ 9368

Thanks so much.

Thu, May 9, 11:03 AM

Probably better if credit card

I can send you my Amex

Ok



Name on card
Ccv
9024
Exp:
Address billing
Frisco, TX. 75034

Thanks. My attorney Keith Gore will call you to verify. Thanks again.

  

KOSTER_0000042

 Verizon LTE  1:11 PM  71%


Buddy >

**Siri found new contact info**
Jonathan +1 ███████-3161  add... 

Ok



Thanks. My attorney Keith Gore will call you to verify. Thanks again.

Yep, just talked to him

Delivered

Great. I really appreciate it.

Thu, May 16, 12:23 PM

Jonathan, please give Beth a call (███████-9118, when you get a chance. Thanks. Buddy

