# EXHIBIT

# 11

**From:** Jim Jensen <thejjensens@aol.com>
**To:** Beth DeGroot <tristargroupllc@yahoo.com>
**Cc:** Buddy ICE Barnes <masterplan150@gmail.com>; Jim Shields <jshields@shieldslegal.com>; Tony Altavilla <tony@redstonecommunications.com>
**Subject:** Re: Follow Up
**Date:** Tue, May 28, 2019 10:15 am

Fully understand. May We please have your alternative email address. Many thanks, Beth.
Jim

Sent from my iPhone

On May 28, 2019, at 8:39 AM, Beth DeGroot <tristargroupllc@yahoo.com> wrote:

Jim,

Pursuant to our earlier discussions, EarthWater email has been compromised. Please do not use earthwater email addresses.

Additionally, refrain from including Buddy in emails regarding selling, advising or promoting securities.

I will coordinate with Jim Shields.

Regards,
Beth DeGroot

Jim, I am addressing this email to you and copying Tony Altavilla, Beth DeGroot and Buddy Barnes. I would have also copied Don Fry (sp?) but don' have his email address. Please forward a copy of this email to him.

I have a consulting agreement with Earthwater (EW) in which I serve as the Executive Strategic Advisor to the company. In this capacity I help generate