# EXHIBIT

# 12

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Y66458 | BARNES III | HARLEY | E | REG | REGULAR | P−1 | 86.67 | 60.0938 | 5208.33 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −574.8800 | −574.88 |
| | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −75.3800 | −75.38 |
| | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −322.3000 | −322.30 |
| Division: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Department: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Location: | MAIN | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| Project: | *** | | | LIFE | Life | D−7 | 1.00 | −4.8900 | −4.89 |
| Position: | CFO | | | Vis125REI | Vision | D−8 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−9 | 1.00 | −104.0000 | −104.00 |
| | | | | STD | STD | D−10 | 1.00 | −81.4200 | −81.42 |

| Summary for Voucher: | 000607 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 05/21/2019 | | 5,208.33 | 0.00 | 5,208.33 | 229.51 | 972.56 | 4,006.26 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Y66458 | BARNES III | HARLEY | E | REG | REGULAR | P−1 | 86.67 | 60.0938 | 5208.33 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −574.8800 | −574.88 |
| | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −75.3800 | −75.38 |
| | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −322.3100 | −322.31 |
| | | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| | | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.8900 | −4.89 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−9 | 1.00 | −104.0000 | −104.00 |
| | | | | STD | STD | D−10 | 1.00 | −81.4200 | −81.42 |

Division:   ***
Department:   ***
Location:   MAIN
Project:   ***
Position:   CFO

| Summary for Voucher: | 000622 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 06/05/2019 | 5,208.33 | 0.00 | 5,208.33 | 229.51 | 972.57 | 4,006.25 |

Gross to Net Register - Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| Y66458 | BARNES III | HARLEY | E | REG | REGULAR | P-1 | -86.67 | 60.0938 | -5208.33 |
| | | | | 00-10 | FEDERAL INCOME | D-1 | 1.00 | 574.8800 | 574.88 |
| Division: | *** | | | 00-11 | FICA - MEDICARE | D-2 | 1.00 | 75.3800 | 75.38 |
| Department: | *** | | | 00-12 | FICA - OASDI | D-3 | 1.00 | 322.3100 | 322.31 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D-4 | 1.00 | 21.1400 | 21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D-5 | 1.00 | 7.1100 | 7.11 |
| Position: | CFO | | | LEGAL | Legal | D-6 | 1.00 | 8.2500 | 8.25 |
| | | | | LIFE | Life | D-7 | 1.00 | 4.8900 | 4.89 |
| | | | | Vis125REI | Vision | D-8 | 1.00 | 2.7000 | 2.70 |
| | | | | LTD | LTD | D-9 | 1.00 | 104.0000 | 104.00 |
| | | | | STD | STD | D-10 | 1.00 | 81.4200 | 81.42 |

| Summary for Voucher: | 000626 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 06/05/2019 | | -5,208.33 | 0.00 | -5,208.33 | -229.51 | -972.57 | -4,006.25 |

Gross to Net Register - Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −187.6300 | −187.63 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −34.0700 | −34.07 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −145.7000 | −145.70 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Commissions & Compensation Pla | | | | | | | | |

| Summary for Voucher: | 000113 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 05/18/2018 | | 2,350.00 | 0.00 | 2,350.00 | 0.00 | 367.40 | 1,982.60 |

Gross to Net Register / Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −162.9500 | −162.95 |
| Division: | *** | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −31.0900 | −31.09 |
| Department: | *** | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −132.9500 | −132.95 |
| Location: | MAIN | | | | FSACHILD | FSA Child Care | D−4 | 1.00 | −200.0000 | −200.00 |
| Project: | *** | | | | DbtCard | Flex Debit Card | D−5 | 1.00 | −0.7500 | −0.75 |
| Position: | Commissions & Compensation Pla | | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000178 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 06/05/2018 | 2,350.00 | 0.00 | 2,350.00 | 223.70 | 326.99 | 1,799.31 |

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −162.9500 | −162.95 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −31.1000 | −31.10 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −132.9500 | −132.95 |
| Location: | MAIN | | | FSACHILD | FSA Child Care | D−4 | 1.00 | −200.0000 | −200.00 |
| Project: | *** | | | DbtCard | Flex Debit Card | D−5 | 1.00 | −0.7500 | −0.75 |
| Position: | Commissions & Compensation Pla | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000191 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 06/20/2018 | 2,350.00 | 0.00 | 2,350.00 | 223.70 | 327.00 | 1,799.30 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −162.9500 | −162.95 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −31.0900 | −31.09 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −132.9600 | −132.96 |
| Location: | MAIN | | | FSACHILD | FSA Child Care | D−4 | 1.00 | −200.0000 | −200.00 |
| Project: | *** | | | DbtCard | Flex Debit Card | D−5 | 1.00 | −0.7500 | −0.75 |
| Position: | Commissions & Compensation Pla | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000205 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 07/05/2018 | 2,350.00 | 0.00 | 2,350.00 | 223.70 | 327.00 | 1,799.30 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −144.0500 | −144.05 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −28.8100 | −28.81 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −123.1900 | −123.19 |
| Location: | MAIN | | | DbtCard | Flex Debit Card | D−4 | 1.00 | −0.7500 | −0.75 |
| Project: | *** | | | FSACHILD | FSA Child Care | D−5 | 1.00 | −357.5000 | −357.50 |
| Position: | Commissions & Compensation Pla | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000217 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 07/20/2018 | 2,350.00 | 0.00 | 2,350.00 | 381.20 | 296.05 | 1,672.75 |

Gross to Net Register – Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −144.0500 | −144.05 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −28.8100 | −28.81 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −123.1800 | −123.18 |
| Location: | MAIN | | | DbtCard | Flex Debit Card | D−4 | 1.00 | −0.7500 | −0.75 |
| Project: | *** | | | FSACHILD | FSA Child Care | D−5 | 1.00 | −357.5000 | −357.50 |
| Position: | Commissions & Compensation Pla | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000244 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 08/03/2018 | | 2,350.00 | 0.00 | 2,350.00 | 381.20 | 296.04 | 1,672.76 |

Gross to Net Register – Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 1.00 | 100.0000 | 100.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | 0.0000 | 0.00 |
| | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −1.4500 | −1.45 |
| | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −6.2000 | −6.20 |

Division: ***
Department: ***
Location: MAIN
Project: ***
Position: Commissions & Compensation Pla

| Summary for Voucher: | 000250 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 08/03/2018 | | 100.00 | 0.00 | 100.00 | 0.00 | 7.65 | 92.35 |

**Gross to Net Register - Detail Only**
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | ExpReim | Expense Reimbur | P−1 | 1.00 | 24.9100 | 24.91 |
| | | | | REG | REGULAR | P−2 | 86.67 | 28.2681 | 2450.00 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −156.0500 | −156.05 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −30.2600 | −30.26 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −129.3900 | −129.39 |
| Project: | *** | | | DbtCard | Flex Debit Card | D−4 | 1.00 | −0.7500 | −0.75 |
| Position: | Commissions & Compensation Pla | | | FSACHILD | FSA Child Care | D−5 | 1.00 | −357.5000 | −357.50 |
| | | | | Den125REI | Dental 125 | D−6 | 1.00 | −0.9100 | −0.91 |
| | | | | LIFE | Life | D−7 | 1.00 | −2.4400 | −2.44 |
| | | | | Vis125REI | Vision | D−8 | 1.00 | −4.6800 | −4.68 |
| | | | | LTD | LTD | D−9 | 1.00 | −3.5300 | −3.53 |
| | | | | STD | STD | D−10 | 1.00 | −11.3900 | −11.39 |

| Summary for Voucher: | 000296 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 08/20/2018 | | 2,474.91 | 24.91 | 2,450.00 | 381.20 | 315.70 | 1,778.01 |

Gross to Net Register – Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 56.67 | 28.2681 | 1601.95 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −97.8600 | −97.86 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −23.2300 | −23.23 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −99.3200 | −99.32 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Commissions & Compensation Pla | | | | | | | | |

| Summary for Voucher: | 000318 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 09/05/2018 | | 1,601.95 | 0.00 | 1,601.95 | 0.00 | 220.41 | 1,381.54 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 16.00 | 27.1143 | 433.83 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | 0.0000 | 0.00 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −6.2900 | −6.29 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −26.9000 | −26.90 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Marketing | | | | | | | | |

| Summary for Voucher: | 000087 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 04/20/2018 | | 433.83 | 0.00 | 433.83 | 0.00 | 33.19 | 400.64 |

Gross to Net Register - Detail Only

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| U67246 | BELL | BRITTNI | | REG | REGULAR | P−1 | 86.67 | 27.1143 | 2350.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −187.6300 | −187.63 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −34.0800 | −34.08 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −145.7000 | −145.70 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Commissions & Compensation Pla | | | | | | | | |

| Summary for Voucher: | 000100 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 05/04/2018 | | 2,350.00 | 0.00 | 2,350.00 | 0.00 | 367.41 | 1,982.59 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| V66455 | BLACKINGTON | ALEX | A | ExpReim | Expense Reimbur | P−1 | 1.00 | 101.6500 | 101.65 |
| | | | | REG | REGULAR | P−2 | 86.67 | 20.1915 | 1750.00 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −142.0600 | −142.06 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −25.3800 | −25.38 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −108.5000 | −108.50 |
| Project: | *** | | | | | | | | |
| Position: | Logistics Mgr | | | | | | | | |

| Summary for Voucher: | 000088 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 04/20/2018 | | 1,851.65 | 101.65 | 1,750.00 | 0.00 | 275.94 | 1,575.71 |

Gross to Net Register — Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 28.8450 | 2500.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −232.7700 | −232.77 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.2500 | −36.25 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −155.0000 | −155.00 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Director−Project Management | | | | | | | | |

| Summary for Voucher: | 000085 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 04/20/2018 | | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 424.02 | 2,075.98 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 28.8450 | 2500.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −232.7700 | −232.77 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.2500 | −36.25 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −155.0000 | −155.00 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Director−Project Management | | | | | | | | |

| Summary for Voucher: | 000098 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 05/04/2018 | | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 424.02 | 2,075.98 |

Gross to Net Register – Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 28.8450 | 2500.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −232.7700 | −232.77 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.2500 | −36.25 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −155.0000 | −155.00 |
| Location: | MAIN | | | | | | | | |
| Project: | *** | | | | | | | | |
| Position: | Director−Project Management | | | | | | | | |

| Summary for Voucher: | 000111 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 05/18/2018 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 424.02 | 2,075.98 |

Gross to Net Register - Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 238.3900 | 238.39 |
| | | | | REG | REGULAR | P−2 | 0.00 | 28.8450 | 0.00 |
| Division: | *** | | | REG | REGULAR | P−3 | 86.67 | 31.2488 | 2708.33 |
| Department: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −277.0400 | −277.04 |
| Location: | MAIN | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −39.1600 | −39.16 |
| Project: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −167.4800 | −167.48 |
| Position: | Director−Project Management | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| | | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −18.3800 | −18.38 |

| Summary for Voucher: | 000176 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 06/05/2018 | 2,946.72 | 238.39 | 2,708.33 | 95.72 | 483.68 | 2,367.32 |

Gross to Net Register - Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 31.2488 | 2708.33 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −277.0400 | −277.04 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −39.1700 | −39.17 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −167.4700 | −167.47 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Position: | Director−Project Management | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −18.3800 | −18.38 |

| Summary for Voucher: | 000189 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 06/20/2018 | 2,708.33 | 0.00 | 2,708.33 | 95.72 | 483.68 | 2,128.93 |

Gross to Net Register - Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 195.2800 | 195.28 |
| | | | | REG | REGULAR | P−2 | 86.67 | 31.2488 | 2708.33 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −277.0400 | −277.04 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −39.1700 | −39.17 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −167.4800 | −167.48 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Director−Project Management | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −16.9600 | −16.96 |

| Summary for Voucher: | 000203 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 07/05/2018 | 2,903.61 | 195.28 | 2,708.33 | 94.30 | 483.69 | 2,325.62 |

**Gross to Net Register — Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 31.2488 | 2708.33 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −277.0400 | −277.04 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −39.1700 | −39.17 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −167.4800 | −167.48 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −16.9600 | −16.96 |

| | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Summary for Voucher: | 000215 | | | | | | |
| Pay Date: | 07/20/2018 | 2,708.33 | 0.00 | 2,708.33 | 94.30 | 483.69 | 2,130.34 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 189.0000 | 189.00 |
| | | | | REG | REGULAR | P−2 | 86.67 | 32.4507 | 2812.50 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −299.9600 | −299.96 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −40.6700 | −40.67 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −173.9300 | −173.93 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −16.9600 | −16.96 |

| Summary for Voucher: | 000242 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 08/03/2018 | 3,001.50 | 189.00 | 2,812.50 | 94.30 | 514.56 | 2,392.64 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 158.3700 | 158.37 |
| | | | | REG | REGULAR | P−2 | 86.67 | 32.4507 | 2812.50 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −299.9600 | −299.96 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −40.6800 | −40.68 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −173.9300 | −173.93 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −5.5900 | −5.59 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −16.9600 | −16.96 |

| Summary for Voucher: | 000294 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 08/20/2018 | 2,970.87 | 158.37 | 2,812.50 | 94.30 | 514.57 | 2,362.00 |

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 32.4507 | 2812.50 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −299.9600 | −299.96 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −40.6800 | −40.68 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −173.9400 | −173.94 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000316 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 09/05/2018 | 2,812.50 | 0.00 | 2,812.50 | 152.57 | 514.58 | 2,145.35 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 157.6300 | 157.63 |
| | | | | REG | REGULAR | P−2 | 86.67 | 32.4507 | 2812.50 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −299.9600 | −299.96 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −40.6800 | −40.68 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −173.9300 | −173.93 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −34.5000 | −34.50 |
| | | | | STD | STD | D−9 | 1.00 | −16.9600 | −16.96 |

| Summary for Voucher: | 000344 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 09/20/2018 | | 2,970.13 | 157.63 | 2,812.50 | 92.80 | 514.57 | 2,362.76 |

17 Jun 2019 − 12:28

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 157.6800 | 157.68 |
| | | | | REG | REGULAR | P−2 | 86.67 | 32.4507 | 2812.50 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −299.9600 | −299.96 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −40.6800 | −40.68 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −173.9400 | −173.94 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −9.0000 | −9.00 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000432 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 10/05/2018 | 2,970.18 | 157.68 | 2,812.50 | 152.57 | 514.58 | 2,303.03 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 33.6526 | 2916.67 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −322.8700 | −322.87 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1900 | −42.19 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.3900 | −180.39 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000448 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 10/19/2018 | 2,916.67 | 0.00 | 2,916.67 | 151.82 | 545.45 | 2,219.40 |

Gross to Net Register – Detail Only

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 187.4500 | 187.45 |
| | | | | REG | REGULAR | P−2 | 86.67 | 33.6526 | 2916.67 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −322.8700 | −322.87 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1800 | −42.18 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.3900 | −180.39 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000472 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 11/05/2018 | | 3,104.12 | 187.45 | 2,916.67 | 151.82 | 545.44 | 2,406.86 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 99.4700 | 99.47 |
| | | | | REG | REGULAR | P−2 | 86.67 | 33.6526 | 2916.67 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −322.8700 | −322.87 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1900 | −42.19 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.3900 | −180.39 |
| Project: | *** | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000485 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 11/20/2018 | 3,016.14 | 99.47 | 2,916.67 | 151.82 | 545.45 | 2,318.87 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 33.6526 | 2916.67 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −322.8700 | −322.87 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1900 | −42.19 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.4000 | −180.40 |
| Location: | MAIN | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Project: | *** | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000493 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 12/05/2018 | 2,916.67 | 0.00 | 2,916.67 | 151.82 | 545.46 | 2,219.39 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | | ExpReim | Expense Reimbur | P−1 | 1.00 | 150.0000 | 150.00 |
| | | | | | REG | REGULAR | P−2 | 86.67 | 28.8450 | 2500.00 |
| Division: | *** | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −231.2100 | −231.21 |
| Department: | *** | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.1500 | −36.15 |
| Location: | MAIN | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −154.5600 | −154.56 |
| Project: | *** | | | | BasicCareRE | Basic Care_REI | D−4 | 1.00 | −21.1400 | −21.14 |
| Position: | Senior Vice President | | | | Den125REI | Dental 125 | D−5 | 1.00 | −7.1100 | −7.11 |
| | | | | | LEGAL | Legal | D−6 | 1.00 | −8.2500 | −8.25 |
| | | | | | LIFE | Life | D−7 | 1.00 | −4.0900 | −4.09 |
| | | | | | LTD | LTD | D−8 | 1.00 | −69.0000 | −69.00 |
| | | | | | STD | STD | D−9 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000501 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 12/20/2018 | | 2,650.00 | 150.00 | 2,500.00 | 151.82 | 421.92 | 2,076.26 |

**re360**
by resourcing edge

**Gross to Net Register – Detail Only**
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 28.8450 | 2500.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −224.9500 | −224.95 |
| | | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.1100 | −36.11 |
| | | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −154.3900 | −154.39 |
| | | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| | | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

Division:   ***
Department:   ***
Location:   MAIN
Project:   ***
Position:   **Senior Vice President**

| Summary for Voucher: | 000509 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 01/04/2019 | 2,500.00 | 0.00 | 2,500.00 | 121.04 | 415.45 | 1,963.51 |

# Gross to Net Register – Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 135.0000 | 135.00 |
| | | | | HOLS | Holiday | P−2 | 16.00 | 28.8450 | 461.52 |
| Division: | *** | | | REG | REGULAR | P−3 | 70.67 | 28.8450 | 2038.48 |
| Department: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −224.9500 | −224.95 |
| Location: | MAIN | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.1100 | −36.11 |
| Project: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −154.3900 | −154.39 |
| Position: | Senior Vice President | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| | | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000522 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 01/18/2019 | 2,635.00 | 135.00 | 2,500.00 | 121.04 | 415.45 | 2,098.51 |

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 28.8450 | 2500.00 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −224.9500 | −224.95 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −36.1000 | −36.10 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −154.4000 | −154.40 |
| Location: | MAIN | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Project: | *** | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| Position: | Senior Vice President | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000531 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 02/05/2019 | 2,500.00 | 0.00 | 2,500.00 | 121.04 | 415.45 | 1,963.51 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 33.6526 | 2916.67 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −316.6100 | −316.61 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1500 | −42.15 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.2200 | −180.22 |
| Location: | MAIN | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Project: | *** | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| Position: | Senior Vice President | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000540 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 02/20/2019 | | 2,916.67 | 0.00 | 2,916.67 | 121.04 | 538.98 | 2,256.65 |

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 33.6526 | 2916.67 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −316.6100 | −316.61 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1500 | −42.15 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.2300 | −180.23 |
| Location: | MAIN | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Project: | *** | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| Position: | Senior Vice President | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000549 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 03/05/2019 | 2,916.67 | 0.00 | 2,916.67 | 121.04 | 538.99 | 2,256.64 |

17 Jun 2019 − 12:28

Gross to Net Register – Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 33.6526 | 2916.67 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −316.6100 | −316.61 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1500 | −42.15 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.2200 | −180.22 |
| Location: | MAIN | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Project: | *** | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| Position: | Senior Vice President | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000555 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 03/20/2019 | | 2,916.67 | 0.00 | 2,916.67 | 121.04 | 538.98 | 2,256.65 |

Gross to Net Register - Detail Only
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 368.0000 | 368.00 |
| | | | | REG | REGULAR | P−2 | 86.67 | 33.6526 | 2916.67 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −316.6100 | −316.61 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1500 | −42.15 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.2300 | −180.23 |
| Project: | *** | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Summary for Voucher: | 000561 | 3,284.67 | 368.00 | 2,916.67 | 121.04 | 538.99 | 2,624.64 |
| Pay Date: | 04/05/2019 | | | | | | |

Gross to Net Register - Detail Only
EarthWater
Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P–1 | 1.00 | 283.4200 | 283.42 |
| | | | | REG | REGULAR | P–2 | 86.67 | 33.6526 | 2916.67 |
| Division: | *** | | | 00–10 | FEDERAL INCOME | D–1 | 1.00 | −316.6100 | −316.61 |
| Department: | *** | | | 00–11 | FICA – MEDICARE | D–2 | 1.00 | −42.1500 | −42.15 |
| Location: | MAIN | | | 00–12 | FICA – OASDI | D–3 | 1.00 | −180.2200 | −180.22 |
| Project: | *** | | | Den125REI | Dental 125 | D–4 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | Vis125REI | Vision | D–5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D–6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D–7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000567 | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Pay Date: | 04/19/2019 | 3,200.09 | 283.42 | 2,916.67 | 121.04 | 538.98 | 2,540.07 |

**Gross to Net Register - Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | ExpReim | Expense Reimbur | P−1 | 1.00 | 140.0000 | 140.00 |
| | | | | REG | REGULAR | P−2 | 86.67 | 33.6526 | 2916.67 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −316.6100 | −316.61 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −42.1500 | −42.15 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −180.2300 | −180.23 |
| Project: | *** | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Position: | Senior Vice President | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Summary for Voucher: | 000581 | 3,056.67 | 140.00 | 2,916.67 | 121.04 | 538.99 | 2,396.64 |
| Pay Date: | 05/03/2019 | | | | | | |

**re360**
by resourcing edge

**Gross to Net Register – Detail Only**
EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | REG | REGULAR | P−1 | 86.67 | 48.8147 | 4230.77 |
| | | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −606.3000 | −606.30 |
| Division: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −61.2000 | −61.20 |
| Department: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −261.7000 | −261.70 |
| Location: | MAIN | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Project: | *** | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| Position: | President | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000606 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 05/21/2019 | | 4,230.77 | 0.00 | 4,230.77 | 121.04 | 929.20 | 3,180.53 |

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | AddlPay | Additional Pay | P−1 | 1.00 | 25382.1700 | 25382.17 |
| | | | | ExpReim | Expense Reimbur | P−2 | 1.00 | 856.0000 | 856.00 |
| | | | | REG | REGULAR | P−3 | 86.67 | 48.8147 | 4230.77 |
| Division: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | −9241.4700 | −9241.47 |
| Department: | *** | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | −429.2500 | −429.25 |
| Location: | MAIN | | | 00−12 | FICA − OASDI | D−3 | 1.00 | −1835.3900 | −1835.39 |
| Project: | *** | | | Den125REI | Dental 125 | D−4 | 1.00 | −7.1100 | −7.11 |
| Position: | President | | | Vis125REI | Vision | D−5 | 1.00 | −2.7000 | −2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | −69.0000 | −69.00 |
| | | | | STD | STD | D−7 | 1.00 | −42.2300 | −42.23 |

| Summary for Voucher: | 000621 | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Pay Date: | 06/05/2019 | | 30,468.94 | 856.00 | 29,612.94 | 121.04 | 11,506.11 | 18,841.79 |

**Gross to Net Register – Detail Only**

EarthWater

Pay Dates from 02/01/2018 to 06/30/2019 | Sorted by Location

re360

by resourcing edge

| Employee ID | Last Name | First Name | Middle | Code | Pay Description | Type | Units | Rate | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| D66775 | DEGROOT | BETH | ELLEN | AddlPay | Additional Pay | P−1 | −1.00 | 25382.1700 | −25382.17 |
| | | | | ExpReim | Expense Reimbur | P−2 | −1.00 | 856.0000 | −856.00 |
| Division: | *** | | | REG | REGULAR | P−3 | −86.67 | 48.8147 | −4230.77 |
| Department: | *** | | | 00−10 | FEDERAL INCOME | D−1 | 1.00 | 9241.4700 | 9241.47 |
| Location: | MAIN | | | 00−11 | FICA − MEDICARE | D−2 | 1.00 | 429.2500 | 429.25 |
| Project: | *** | | | 00−12 | FICA − OASDI | D−3 | 1.00 | 1835.3900 | 1835.39 |
| Position: | President | | | Den125REI | Dental 125 | D−4 | 1.00 | 7.1100 | 7.11 |
| | | | | Vis125REI | Vision | D−5 | 1.00 | 2.7000 | 2.70 |
| | | | | LTD | LTD | D−6 | 1.00 | 69.0000 | 69.00 |
| | | | | STD | STD | D−7 | 1.00 | 42.2300 | 42.23 |

| | | Gross Pay | Expenses | Gross Earnings | Deductions | Taxes | Net Pay |
|---|---|---|---|---|---|---|---|
| Summary for Voucher: | 000625 | −30,468.94 | −856.00 | −29,612.94 | −121.04 | −11,506.11 | −18,841.79 |
| Pay Date: | 06/05/2019 | | | | | | |