# EXHIBIT

# 16

M Gmail

Jonathan Koster <jonathan.koster@gmail.com>

## Earthwater_Restructure.pptx
1 message

**Jonathan Koster** <jonathan.koster@gmail.com>  Sat, Jul 6, 2019 at 1:17 PM
To: Jonathan Koster <jonathan.koster@gmail.com>

First time viewing this is now.


Sent from my iPhone

**Earthwater_Restructure.pptx**
40K

# Earthwater Restructure

KOSTER_0000048



KOSTER_0000049

# PHASE I

1. CJ Comu to resign as officer/director/employee
2. Election of Beth to Board of Directors
3. Formation of Newco, LLC
4. EW to execute Perpetual License of IP to Newco
5. Newco to issue Class B non-voting stock to EW or EW Shareholders (to be held in pool or a subsidiary entity for benefit of EWSH)
6. Shields Legal resigns as counsel, engagement with NEWCO

KOSTER_0000050

# PHASE II

**Newco Capital:**

$150k – 14 days ⎤
$350k – 60 days ⎦ Initial + Interim Funding

Issuance of Common Stock (8% Preferred Return)

$2mm – Primary Funding

Issuance of Class A Preferred Stock

KOSTER_0000051