# EXHIBIT

# 18

 Gmail　　　　　　　　　　　　　　　　　　　　　　　　John Wartman <jkwartman@gmail.com>

# EARTHWATER UPDATE - Urgent
1 message

**Beth DeGroot** <tristargroupllc@yahoo.com>　　　　　　　　　　　　　　Fri, May 17, 2019 at 1:17 PM
To: "jkwartman@gmail.com" <jkwartman@gmail.com>, "swkinser2@gmail.com" <swkinser2@gmail.com>, "blkclawson@aol.com" <blkclawson@aol.com>
Cc: Buddy Barnes <masterplan150@gmail.com>

Dear Ward Capital

Attached please find the latest Board Resolutions and CJ's resignation from EarthWater.

We would like to schedule a conference call with you this afternoon after the market closes if you are free.

Thank you.

Beth DeGroot
▮▮▮▮▮9118

📎 **Resolutions as of May 06, 2019.pdf**
　　1232K

# EarthWater Limited

## WRITTEN RESOLUTION OF
## THE BOARD OF DIRECTORS

The undersigned, all being members of the Board of Directors (the "Board of Directors") of EarthWater Limited, a UK Corporation (the "Corporation"), and representing a simple majority of the Board of Directors, hereby consent to the adoption of the following resolutions:

### Resolution

WHEREAS, in accordance with the Articles of Incorporation, and the Bylaws of the Corporation, the Board of Directors deems it to be in the best interest of the Corporation and its shareholders to adopt the following resolution;

NOW, THEREFORE, BE IT

RESOLVED, that the Corporation and the Board of Directors accept CJ Comu's resignation as the Corporation's Chairman of the Board, as a Member of the Board of Directors of the Corporation and as an employee and Chief Executive Officer of the Corporation, Effective Monday, May 6, 2019.

FURTHER RESOLVED, that Beth Ellen DeGroot, be appointed President of the Corporation and all of its wholly owned subsidiaries and appointed to fill the vacant positions on the Corporation's Board of Directors and all of its wholly owned subsidiaries, effective Monday, May 6, 2019.

FURTHER RESOLVED, that any action heretofore taken by Beth Ellen DeGroot prior to the date of this resolution is within the authority conferred herein as ratified, confirmed and approved.

### Counterpart Signatures

RESOLVED, that this Resolution may be signed in any number of counterparts, each of which shall be deemed to be an original, and all of which, when taken together, shall be deemed to be a single document; and

FURTHER RESOLVED, that this Resolution may be signed in counterparts and delivered by facsimile transmission.

## Consent

WHEREFORE, this Resolution shall have the same force and effect as a majority vote cast at a meeting of the directors of the Corporation duly called, noticed, convened and held in accordance with the law, the Articles of Incorporation, and the Bylaws of the Corporation.

Effective date: May 12, 2019

_____
H. Buddy Barnes
Director / Treasurer

_____  5-13-19
Don Frey
Independent Director

_____  5/12/2019
Beth Ellen DeGroot
Director / President