# EXHIBIT

# 20

**From:** Jim Jensen <thejjensens@aol.com>
   **To:** Bdegroot <Bdegroot@yahoo.com>
**Subject:** Fwd: EW
   **Date:** Tue, Jun 4, 2019 10:57 am

Please keep this to yourself but call me to discuss.
Jim

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Weeraratne <andwe@bellsouth.net>
> **Date:** June 4, 2019 at 6:03:10 AM PDT
> **To:** Jim Jensen <thejjensens@aol.com>
> **Subject: EW**
> **Reply-To:** Andrew Weeraratne <andwe@bellsouth.net>
>
> Jim, what's the situation with Earth Water. If you wish to save it what you should do is to have a shareholder meeting and propose the following:
>
> 1. Put all CJ's shares in an escrow account so until he settles all charges with the government and the SEC no one can touch them.
> 2. Then the other shareholders can file an offering with the SEC and take it public. Once a company is public both the SEC and the FBI will be pleased since all things have to be disclosed. So they are more likely to be cooperative to save the business and the investors money.
> 3. If the product is good then there won't be a problem of raising funds.
>
> Please keep in mind, in any corporation majority of the shareholders make the decisions, not any official or the attorney for the company. So you got to go to the shareholders since you are one.
>
> Best regards
> Andrew
>
> Andrew Weeraratne CPA
> Chief Executive Officer
> Mfusion Corp.
> mfusioncorp.com
> 305-865-8193

**From:** Jim Jensen <thejjensens@aol.com>
**To:** Beth DeGroot <bdegroot@yahoo.com>
**Subject:** Re: EW
**Date:** Tue, Jun 4, 2019 8:40 pm

I have no idea. How would I know???
JJ

Sent from my iPhone

On Jun 4, 2019, at 7:09 PM, Beth DeGroot <bdegroot@yahoo.com> wrote:

What was CJ's reaction to putting his shares into an escrow account?

On Jun 4, 2019, at 12:57 PM, Jim Jensen <thejjensens@aol.com> wrote:

Please keep this to yourself but call me to discuss.
Jim

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Weeraratne <andwe@bellsouth.net>
> **Date:** June 4, 2019 at 6:03:10 AM PDT
> **To:** Jim Jensen <thejjensens@aol.com>
> **Subject: EW**
> **Reply-To:** Andrew Weeraratne <andwe@bellsouth.net>
>
> Jim, what's the situation with Earth Water. If you wish to save it what you should do is to have a shareholder meeting and propose the following:
>
> 1. Put all CJ's shares in an escrow account so until he settles all charges with the government and the SEC no one can touch them.

**From:** Jim Jensen <thejjensens@aol.com>
    **To:** Beth DeGroot <bdegroot@yahoo.com>
**Subject:** Re: EW
    **Date:** Thu, Jun 6, 2019 5:23 am

Beth, I have never had any conversations with CJ about this. Do you talk with him? I don't think he is currently allowed to talk with shareholders??
Jim

Sent from my iPhone

On Jun 4, 2019, at 7:09 PM, Beth DeGroot <bdegroot@yahoo.com> wrote:

What was CJ's reaction to putting his shares into an escrow account?

On Jun 4, 2019, at 12:57 PM, Jim Jensen <thejjensens@aol.com> wrote:

Please keep this to yourself but call me to discuss.
Jim

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Weeraratne <andwe@bellsouth.net>
> **Date:** June 4, 2019 at 6:03:10 AM PDT
> **To:** Jim Jensen <thejjensens@aol.com>
> **Subject: EW**
> **Reply-To:** Andrew Weeraratne <andwe@bellsouth.net>
>
> Jim, what's the situation with Earth Water. If you wish to save it what you should do is to have a shareholder meeting and propose the following:

**From:** Jim Jensen <thejjensens@aol.com>
**To:** Bdegroot <Bdegroot@yahoo.com>
**Cc:** tony <tony@redstonecommunications.com>
**Subject:** Fwd: EW Proposal
**Date:** Sat, Jun 8, 2019 8:58 pm

Beth, as we discussed earlier today, please read and feel comfortable sharing with Jim Shields.
Jim

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Weeraratne <andwe@bellsouth.net>
> **Date:** June 7, 2019 at 9:33:55 AM PDT
> **To:** Jim Jensen <thejjensens@aol.com>
> **Subject: EW Proposal**
> **Reply-To:** Andrew Weeraratne <andwe@bellsouth.net>
>
> Jim, as we just talked, most probably the only way for EW stockholders to get their money back safely is to go public and the only way you can do that is to request a stockholder meeting from the Board of Directors and pass a resolution to go public and I will take you public, provided the products are good.
>
> As for you talking to the company attorneys, to repeat, my experience with the attorneys who are not in SEC practice, they will do everything to stop a company from going public. Obviously the attorney do not have major shares and most attorneys are pretty negative to depend their fees on the success of the company thus want cash up front. They don't see personal benefit to taking the company public. So there is an immediate conflict between an attorney and the shareholders since the only way shareholders going to make money or get their money back is through long term appreciation. So you have to convince the shareholders that the attorney work for them and not the other way around and not allow the attorney to tell you what you should do to get your money back.
>
> As for CJ, he is going to benefit if EW went public if he is vindicated or not. If he is cleared of all the charges then he can take over a public company with all the disclosures in place and well capitalized to run it. If he is found guilty then his shares will be worth some money that he can cash out and live a good life with it. If we go public while the case is pending then we can put CJs share in an escrow account to be settled after the case is over.

So unless you can get a stockholders meeting and communicate this to all the stockholders only option would be to sell the whole EW to another private company or find another CEO and run it as it is, which would be impossible to do without capital.

Best regards
Andrew

Andrew Weeraratne
305-865-8193