# EXHIBIT

# 21



•Ill Verizon 🛜          10:22 AM          ◀ 85% ▮▮▮)

‹ 7          BD

Beth ›

iMessage
Wed, Jun 5, 7:52 PM

Jim
The way you can help is by sending funds for the attached AP all urgently needed.

| Due Date | Type | No. | Payee | Category | Total |
|---|---|---|---|---|---|
| | | | WB May & June Payables as of 06/04/2019 | | |
| 6/4/2019 | Updated | | | | |
| 5/23/2019 | Bill | May | State Farm | Auto Insurance | $ 350.00 |
| 6/23/2019 | Bill | June | State Farm | Auto Insurance | $ 350.00 |
| 5/20/2019 | Expense | storage/shipping | Amazon Canada | International Expenses | $ 840.00 |
| 5/31/2018 | Bill | | Amazon Canada | Tax | $ 1,500.00 |
| 5/15/2019 | Bill | May | Atmos Energy | utilities | $ 150.00 |
| 5/15/2019 | Bill | June | Atmos Energy | utilities | $ 150.00 |
| 5/15/2019 | Bill | May | Dues and Subscriptions | | $ 300.00 |
| 5/15/2019 | Bill | June | Dues and Subscriptions | | $ 300.00 |
| 5/24/2019 | Bill | May | Watson & Taylor | Storage | $ 234.00 |
| 6/24/2019 | Bill | June | Watson & Taylor | Storage | $ 234.00 |
| 5/22/2019 | Bill | May | Conexlink, LLC - MyCloudIT | email/virus protection services | $ 250.00 |
| 5/22/2019 | Bill | June | Conexlink, LLC - MyCloudIT | email/virus protection services | $ 250.00 |
| 5/25/2019 | Bill | May | Sharp Business Systems | Office Expense Printer | $ 160.00 |
| 5/25/2019 | Bill | June | Sharp Business Systems | Office Expense Printer | $ 160.00 |
| 5/25/2019 | Bill | May | IPFS (Higginbotham) | Insurance - D&O, Commercial | $ 1,500.00 |
| 6/25/2019 | Bill | June | IPFS (Higginbotham) | Insurance - D&O, Commercial | $ 1,500.00 |
| 5/24/2019 | Bill | | World Wide Express | shipping | $ 270.00 |
| 5/28/2019 | Bill | May | Reliant Energy | Office utilities electric | $ 240.00 |
| 6/28/2019 | Bill | June | Reliant Energy | Office utilities electric | $ 240.00 |
| 5/28/2019 | Bill | May | Republic Services | Rent and Utilities (trash pick up) | $ 75.00 |
| 6/26/2019 | Bill | June | Republic Services | Rent and Utilities (trash pick up) | $ 75.00 |
| 5/18/2019 | Bill | May | Advancial | Auto Expense | $ 450.00 |
| 6/8/2019 | Bill | June | Advancial | Auto Expense | $ 450.00 |
| 5/1/2019 | Bill | May | Zaytab | Office Rent | $ 4,600.00 |
| 6/1/2019 | Bill | June | Zaytab | Office Rent | $ 4,600.00 |
| 5/10/2019 | Bill | phone | Spectrum | utilities phone internet | $ 480.00 |
| 6/10/2019 | Bill | phone | Spectrum | utilities phone internet | $ 480.00 |
| Total Expenses Due | | | | | $ 20,208.00 |
| | | | Canturn off Utilities, etc. and work remotely if necessary going forward for less expensive than above. | | |
| Payroll 05/2019 | | | | | $ 25,345.00 |
| Payroll 06/05/19 | | | | | $ 21,500.00 |
| Payroll 06/20/19 | | | | | $ 15,000.00 |
| New Production PRO and Private Label | | | Water Event | | $ 8,000.00 |
| Shipment of New Orders | | | Fed Ex | | $ 1,000.00 |
| Pick and Pack / Shipment/Storage Fees | | | Amazon | Estimate - cannot see until I put acc on | $ 8,000.00 |
| Tax | | | Amazon | file. Could be 2 times more | $ 968.00 |
| Shipping Fees to Pick up-OUTR inventory at ArtTech | | | | | $ 3,000.00 |
| Legal - Restructure - NewCo | | | | | $ 5,000.00 |
| | | | | | $ 108,021.00 |

Sorry, Beth. Hard for me to support an entity who won't

  iMessage 

      

JENSEN000010



ıll Verizon 🛜      10:23 AM      🢅 85% ▭

‹ 7            **BD**

            Beth ›

> Sorry, Beth. Hard for me to support an entity who won't talk with me on the phone. Best wishes. I wish you (us) well. Jim

I'm sorry you can't help also.  I don't have time to talk to someone who claimed to be a friend, doesn't offer help that is NEEDED and calls only to get information.

I've not been paid in 6 weeks. I'm the ONLY person trying to keep this company going.

CJ doesn't realize he is taking the company down faster than lightening by not getting out of the way so people who want to help will. They will not touch it with him involved.  I know you

   iMessage  

      

JENSEN000011



right thing by resigning when he knew he was going to be arrested.  Tell him to let go!  Let us try to get the company back on its feet!

Again, let's TALK, Beth.

Thu, Jun 6, 11:40 AM

Beth, two things.
My kids and me already have over a quart of a million invested in EW. I don't have more available at this time. Is being a fiend in your life only if one writes a check?
Second, I am not in touch with CJ. I think he is prohibited from talking with shareholders.
Jim

Delivered



JENSEN000012