# EXHIBIT

# 22

20190716000836900    07/16/2019 03:58:42 PM D1   1/3

**NOTICE OF CONFIDENTIALITY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED WITH VENDORS LIEN

**Date:**    July 15th, 2019

**Grantor:**    Thomas C. Farley and Karen L. Farley

**Grantee:**    Beth Ellen DeGroot, a single person

**Grantee's Mailing Address:**

████████████████

Plano, TX 75075

**Consideration:**

Cash and a note of even date executed by Grantee and payable to the order First National Bank of Omaha in the principal amount of TWO HUNDRED FIFTY-EIGHT THOUSAND FOUR HUNDRED and NO/100 Dollars (U.S. $258,400.00).  The note is secured by a first and superior vendor's lien and superior title retained in this deed in favor of First National Bank of Omaha and by a first-lien deed of trust of even date from Thomas E. Black, Jr., trustee.

**Property (including any improvements):**

Being Lot 3, Block B, of the High Place, Phase Two, an Addition to the City of Plano, Collin County, Texas, according to the Plat thereof Recorded in Volume B, Page 129, Map Records, Collin County, Texas.

**Reservations from Conveyance:**

None.

**Exceptions to Conveyance and Warranty:**

None.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever.  Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.

First National Bank of Omaha at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note.  The first and superior vendor's lien against and superior title to the Property are retained for the benefit of First National Bank of Omaha and are transferred to First National Bank of Omaha without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

**[SIGNATURE PAGE FOLLOWS]**



_Thomas C. Farley_
Thomas C. Farley

_Karen L. Farley_
Karen L. Farley

STATE OF TEXAS      §

COUNTY OF COLLIN      §

    This instrument was acknowledged before me on July 15th, 2019, by Thomas C. Farley and Karen L. Farley.

BRITTNI BELL
Notary Public, State of Texas
Comm. Expires 11-17-2022
Notary ID 130028012

_____
Notary Public



Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
07/16/2019 03:58:42 PM
$34.00 DFOSTER
20190716000836900