```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                         DALLAS DIVISION

UNITED STATES OF AMERICA,    )   Case No. 3:19-cr-00521-X
                             )
        Plaintiff,           )
                             )   Dallas, Texas
v.                           )   October 10, 2019
                             )   1:00 p.m.
BETH ELLEN DEGROOT,          )
                             )   INITIAL APPEARANCE
        Defendant.           )   ARRAIGNMENT
                             )

                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE RENEE HARRIS TOLIVER,
                 UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

For the Government:          Christopher Fenton
                             UNITED STATES ATTORNEY'S OFFICE
                             1100 Commerce Street, Third Floor
                             Dallas, TX  75242-1699
                             (214) 659-8600

For the Defendant:           James P. Whalen
                             WHALEN LAW OFFICE
                             9300 John Hickman Parkway,
                               Suite 501
                             Frisco, TX  75035
                             (214) 368-2560

Court Recorder:              Jane W. Amerson
                             UNITED STATES DISTRICT COURT
                             1100 Commerce Street, Room 1611
                             Dallas, TX  75242-1003
                             (214) 753-2360

Transcription Service:       Kathy Rehling
                             311 Paradise Cove
                             Shady Shores, TX  76208
                             (972) 786-3063


        Proceedings recorded by electronic sound recording;
          transcript produced by transcription service.
```

```
 1              DALLAS, TEXAS - OCTOBER 10, 2019 - 1:04 P.M.
 2              THE COURT:  The Court next calls Case No. 3:19-cr-
 3   521-X, United States of America versus Beth Ellen Degroot.
 4              MR. WHALEN:  James Whalen for Ms. Degroot, Your
 5   Honor.  Good afternoon.
 6              THE COURT:  Good afternoon.  Good afternoon, ma'am.
 7   Will you state your full name, please?
 8              THE DEFENDANT:  Beth Ellen Degroot.
 9              THE COURT:  Ms. Degroot, you have the right to remain
10   silent.  You're not required to make a statement.  If you've
11   already made a statement, you don't have to say anything more.
12   And if you start to make a statement, you may stop at any
13   time.  But any statement you make may later be used against
14   you.  Do you understand, ma'am?
15              THE DEFENDANT:  Yes, ma'am.
16              THE COURT:  You also have the right to an attorney to
17   represent you at every stage of these proceedings, and you
18   have the right to have to a court-appointed attorney in the
19   event you're unable to obtain one.  However, the Court is
20   aware that Mr. Whalen has entered his notice of appearance as
21   your attorney of record in this case.
22        Ma'am, do you read, write, and understand English?  Did
23   you see a copy of the sealed indictment filed in this case
24   that charges you with two counts?
25              THE DEFENDANT:  Yes.  My attorney read it to me.
```

```
 1            THE COURT:  Did you -- he read you the charges?
 2            THE DEFENDANT:  Yes, ma'am.
 3            THE COURT:  And did he discuss the nature of the
 4   charges with you?
 5            THE DEFENDANT:  Yes, ma'am.
 6            THE COURT:  I'm sorry?
 7            THE DEFENDANT:  Yes, ma'am.
 8            THE COURT:  Do you understand, then, what you're
 9   charged with by that indictment?
10            THE DEFENDANT:  Yes, ma'am.
11            THE COURT:  At this time, it would be appropriate to
12   have the charges read aloud here in court, but based on your
13   knowledge and understanding of them, you may waive the reading
14   if you choose.
15            THE DEFENDANT:  Yes.
16            MR. WHALEN:  We'll waive, Your Honor.
17            THE COURT:  Ma'am, how do you plead to Counts One and
18   Two of that indictment, guilty or not guilty?
19            THE DEFENDANT:  Not guilty.
20            THE COURT:  The record does reflect your not guilty
21   pleas.
22       The Government has filed a motion for detention in this
23   case seeking to keep you in custody until the case is finally
24   concluded, and, of course, you have the right to a hearing on
25   that motion, a detention hearing.
```

1    The Government is seeking a one-day continuance before
2  that hearing be held, however.  And it's my understanding, Mr.
3  Whalen, that that -- you're starting trial tomorrow; is that
4  right?
5         MR. WHALEN:  That is correct, Your Honor.
6         THE COURT:  Does the Government have good cause to
7  seek that continuance?
8         MR. FENTON:  Yes, Your Honor.
9         THE COURT:  What would that be?
10        MR. FENTON:  We're reviewing some additional evidence
11 that may be relevant to the detention hearing.
12        THE COURT:  Okay.  Mr. Whalen, do you have any idea
13 of what your schedule will be like in the other trial?  Will
14 you have a break?
15        MR. WHALEN:  Your Honor, I did reach out to Leo Park,
16 the Court -- her law clerk, and he talked to Judge Lynn.  She
17 does anticipate taking a lunch break around 12:15, between
18 12:15 and 1:15 tomorrow, but it's going to be kind of fluid
19 because we're doing questionnaires and things like that.  So,
20 I mean, I'll be in the building --
21        THE COURT:  Are you willing to use that opportunity
22 to conduct a detention hearing in this case?
23        MR. WHALEN:  Yes, Your Honor.
24        THE COURT:  Okay.  Then I'm going to schedule a
25 detention hearing tomorrow for 12:15 or as soon as you're able

1  to get out of that trial.  And so I'm going to ask the
2  Marshals, too, to be patient with us and just to kind of be on
3  call for us to call for Ms. Degroot to be brought to court
4  here tomorrow.  And the prosecutors will need to be on call
5  and ready to come when the Court calls.
6       Until that time, ma'am, you're going to have to remain in
7  custody.
8       And so is there anything else we should do in Ms.
9  Degroot's case today?
10         MR. WHALEN:  No, Your Honor.  Not at this time.
11         MR. FENTON:  No, Your Honor.
12         THE COURT:  That concludes your hearing today, ma'am.
13  You're remanded to the custody of the U.S. Marshal, and the
14  attorneys are excused.
15         MR. WHALEN:  Thank you, Your Honor.
16     (Proceedings concluded at 1:07 p.m.)
17                          --oOo--
18
19                         CERTIFICATE
20    I certify that the foregoing is a correct transcript from
    the electronic sound recording of the proceedings in the
21  above-entitled matter.
22    **/s/ Kathy Rehling**                              **04/20/2020**
23  _____    _____
24  Kathy Rehling, CETD-444                             Date
    Certified Electronic Court Transcriber
25

1                                INDEX

2     PROCEEDINGS                                                    2

3     WITNESSES

4     -none-

5     EXHIBITS

6     -none-

7     RULINGS

8     Entry of Not Guilty Plea                                       3
      Detention Hearing Scheduled for 10/11/2019                     4

9     END OF PROCEEDINGS                                             5

10    INDEX                                                          6

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25